Attorney Docket No.: CS-2554

## IN THE UNITED STATE DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN
## EASTERN DIVISION

| | | |
|---|---|---|
| SELECT RETRIEVAL | ) | |
|                Plaintiff, | ) | |
|   v. | ) | Civil Action No.  11-CV-769 |
| | ) | |
| COLONY BRANDS, INC., | ) | Magistrate Judge Crocker |
| THE SWISS COLONY, LLC | ) | |
| MONTGOMERY WARD, INC. | ) | |
| HOME VISIONS, INC. | ) | |
| SEVENTH AVENUE, INC. | ) | |
| MIDNIGHT VELVET, INC. | ) | |
| GINNY'S, INC. | ) | |
| THROUGH THE COUNTRY DOOR, INC. | ) | |
| MONROE & MAIN, INC. | ) | |
| THE TENDER FILET, INC. | ) | |
| ASHRO, INC. | ) | |
| RACETEAMGEAR.COM, INC. | ) | |
|                Defendants | ) | |

## AGREED MOTION OF ALL DEFENDANTS
## TO EXTEND THE TIME TO SERVE A RESPONSIVE PLEADING

Defendants Colony Brands, Inc., The Swiss Colony, LLC, Montgomery Ward, Inc., Seventh Avenue, Inc., Midnight Velvet, Inc., Ginny's, Inc., Through The Country Door, Inc. Monroe & Main, Inc., The Tender Filet, Inc. and Ashro, Inc. (there are no corporations by the names of Home Visions, Inc. and Raceteamgear.com,Inc.) collectively "Defendants", by and through its undersigned counsel, respectfully move that this Court extend Meridian's time to serve responses to Plaintiff's Complaint by 21 days.  In support of this Motion, Defendants state as follows:

1. The parties have been diligently negotiating a potential resolution of the isues presented and have agreement on essential terms and are still working to achieve mutual agreement on the final terms of the settlement.

2. In a telephone discussion January 25, 2012 counsel for Plaintiff, Connie Merriett, agreed to a 21 day extension of time.

3. Extending 21 days from the current date of January 27, 2012, namely to February 17, 2012 would provide necessary time to address the remaining terms.

4. This motion is being made to permit counsel to formulate a settlement in good faith and not for the purpose of causing unreasonable delay.

5. Defendants respectfully move that they be granted a 21 day extension from of January 27, 2012, namely to February 17, 2012.

Respectfully submitted,

Date: January 26, 2012

By: s/ David C. Brezina
David C. Brezina
Ladas & Parry LLP
224 S. Michigan Ave.
Suite 1600
Chicago, IL 60604
(312) 427-1300
Fax: (312) 427-6663
dbrezina@ladas.net
*Attorneys for Defendants COLONY BRANDS, INC., THE SWISS COLONY, LLC, MONTGOMERY WARD, INC., HOME VISIONS, INC., SEVENTH AVENUE, INC., MIDNIGHT VELVET, INC., GINNY'S, INC. ,THROUGH THE COUNTRY DOOR, INC., MONROE & MAIN, INC., THE TENDER FILET, INC. ASHRO, INC., RACETEAMGEAR.COM, INC.*

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing MOTION OF ALL DEFENDANTS TO EXTEND THE TIME TO SERVE A RESPONSIVE PLEADING was filed and served upon all counsel having appeared via CM/ECF.

                                            /s/ David C. Brezina
                                         One of the Attorneys for the Defendants