IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| SELECT RETRIEVAL, LLC, | § | Civil Action No. 3:11-cv-00769-SLC |
| | § | |
| Plaintiff | § | **JURY TRIAL REQUESTED** |
| | § | |
| v. | § | |
| | § | |
| COLONY BRANDS, INC., *ET AL.*, | § | |
| | § | |
| Defendants. | § | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)

Plaintiff Select Retrieval, LLC hereby files this voluntary Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). According to Rule 41(a)(1), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Defendants Colony Brands, Inc., The Swiss Colony, LLC, Montgomery Ward, Inc., Home Visions, Inc., Seventh Avenue, Inc., Midnight Velvet, Inc., Ginny's Inc., Through The Country Door, Inc., Monroe & Main, Inc., The Tender Filet, Inc., Ashro, Inc. and Raceteamgear.com, Inc. have not yet answered the complaint. Accordingly, Select Retrieval, LLC voluntarily dismisses Colony Brands, Inc., The Swiss Colony, LLC, Montgomery Ward, Inc., Home Visions, Inc., Seventh Avenue, Inc., Midnight Velvet, Inc., Ginny's Inc., Through The Country Door, Inc., Monroe & Main, Inc., The Tender Filet, Inc., Ashro, Inc. and Raceteamgear.com without prejudice pursuant to Rule 41(a)(1).

DATED: February 17, 2012            Respectfully Submitted

*s/ Steven R. Daniels*
Steven Daniels, TBN: 24025318
Farney Daniels LLC
800 S. Austin Ave., Suite 200
Georgetown, TX 78626
(512) 582-2828 – Phone
(512) 582-2829 – Fax
sdaniels@farneydaniels.com

- And –

Tara M. Mathison (WI Bar No. 1032821)
Davis & Kuelthau, s.c.
111 E. Kilbourn Avenue, Suite 1400
Milwaukee, WI 53202
Telephone: 414.225.1444
Facsimile: 414.278.3644
Email: tmathison@dkattorneys.com

*Attorneys for Select Retrieval, LLC*